## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Joseph W. Moreno
                              Plaintiff,

v.                                               Case No.: 1:14−cv−04059
                                                            Honorable Marvin E. Aspen

Chase
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2014:

       MINUTE entry before the Honorable Marvin E. Aspen: Pursuant to this court's order of 7/17/14, [6] Plaintiff was directed to either file an amended in forma pauperis application or pay the $400 civil case filing fee, as of this date, Plaintiff filed to do either. Accordingly, this case is dismissed. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.